DocuSign Envelope ID: 3518B66E-8102-4F82-A5AA-89E9CA2677F1

## DECLARATION OF CHUCK WARBINGTON

Chuck Warbington, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Chuck Warbington. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.

2. I am currently the city manager for the city of Lawrenceville, Georgia. Prior to that, from 2006–2016, I was the executive director of the Gwinnett Village Community Improvement District ("CID"), the largest CID in the state at the time.

3. The Gwinnett Village CID encompassed much of Norcross, including the Indian Trail/Brook Hollow intersection and the Red Roof Inn located at 5171 Brook Hollow Parkway, Norcross, Georgia 30071 (the "Red Roof Inn").

4. The commercial sex trade at the Red Roof Inn was rampant while I was the director of the Gwinnett Village CID. Prior to 2012 I often saw 3–4 young girls outside at the Red Roof Inn who were soliciting for sex at the Red Roof Inn. This activity was obvious and was apparent to any employee of the hotel who looked outside the front office.

DocuSign Envelope ID: 3518B66E-8102-4F82-A5AA-89E9CA2677F1

5. As the director of the Gwinnett Village CID, I intentionally drove through the parking lot of the Red Roof Inn at least once a month during my tenure to see what was going on at the hotel and to attempt to speak to the manager and employees of the property about the continuing problems with commercial sex at the hotel. I spoke to the managers in charge of the Red Roof Inn 5–6 times about the commercial sex at the hotel, including prior to 2012.  This activity was rampant at the Red Roof Inn. When I spoke to them, the managers at this hotel would only nod their heads. They gave no response and never stated that the hotel would do anything about the rampant commercial sex at the hotel.

6. On multiple different occasions prior to 2012, when I did these drive throughs at the Red Roof Inn, I was solicited for sex by young girls approaching my car in the parking lot of the Red Roof Inn.

7. From my observations and experience working with the Gwinnett County District Attorney's Office and Norcross Police Department, the hotel appeared to involve a sophisticated network that protected the commercial sex trade, meaning there were people other than the girls being sold for sex involved in keeping the commercial sex operations at the hotel running in a way that avoided the police.  It appeared that someone at the hotel was giving warnings to those engaged in the sex trade when the police were coming to the property. When I drove through the hotel, I observed  people who appeared to be

DocuSign Envelope ID: 3518B66E-8102-4F82-A5AA-89E9CA2677F1

watching or were looking out for the police at the Red Roof Inn. Often, when the police went to the hotel, even if undercover, the prostitution or trafficking activity would quickly dissipate for a time before returning once the police were gone. Instead of working with the Police Department and the District Attorney's office the hotel appeared to be working against them and helping the commercial sex trade to flourish at the Red Roof Inn hotel.

8. In short, the Red Roof Inn was ground zero for illegal commercial sex in Norcross while I was with the Gwinnett Village CID.

9. I worked closely with the Gwinnett County District Attorney's Office and the Norcross Police Department to discuss and attempt to remediate the commercial sex trade at the Red Roof Inn. The hotel's reputation for allowing these criminal activities was well known by myself and the government officials I worked with regularly.

10. Red Roof Inns corporate was informed directly of the horrific problem of the commercial sex trade at the Red Roof Inn prior to 2012. I personally called Red Roof Inn corporate about these issues multiple times, but no one from Red Roof Inn corporate would return my calls. I sent multiple letters to Red Roof Inns corporate describing the problem of commercial sex on their property and asking them to provide a solution to help stop or curtail the sex trade at the Red Roof Inn. Red Roof Inns corporate never responded my calls or these letters.

DocuSign Envelope ID: 3518B66E-8102-4F82-A5AA-89E9CA2677F1

11. Based on the above, and my experiences described herein, it was clear to me, as it would be to anyone that visited this hotel, that the Red Roof Inn allowed a busy commercial sex trade to occur at the hotel and, to my knowledge, never took any steps to prevent or prohibit these sex crimes at the hotel. In fact, it appeared Red Roof Inn profited from renting rooms to these criminals and wanted to keep that business going. The hotel had a well-known reputation among myself and the government officials I worked with regularly to rent rooms by the hour as part of the commercial sex business at the hotel.

12. I have read this Declaration consisting of 12 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 10, 2023.

DocuSigned by:

B7F9FB135A084B7

Chuck Warbington