DocuSign Envelope ID: 5A11BFAD-5AFB-4574-9A4A-F630C479F4F4

# DECLARATION OF JON DOHERTY

Jon Doherty, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.  My name is Jon Doherty. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.

2.  I have been a police officer with the Gwinnett County Police Department since 2000. From 2005–2020 I worked for the Special Investigation Vice unit and investigated vice crimes. I have taken part in numerous trainings in sex trafficking and human trafficking over the years. I am now a sergeant in charge of the Vice unit in Gwinnett County.

3.  As a police officer, I frequently investigated commercial sex at the Red Roof Inn located at 5171 Brook Hollow Parkway, Norcross, Georgia 30071 (the "Red Roof Inn"). It was one of the hot spots I investigated for commercial sex and other criminal activity.

4.  Before 2012, the Red Roof Inn was a location that was well known for illegal commercial sex. It was constant. I was there frequently to either work on street level commercial sex investigations or internet investigations. The commercial sex activity was obvious and would have been seen by the employees who

DocuSign Envelope ID: 5A11BFAD-5AFB-4574-9A4A-F630C479F4F4

worked at the hotel. The hotel's reputation for allowing these criminal activities was well known by myself and other members of the Gwinnett County Police Department and members of the Norcross Police Department who also investigated that area.

5. A property that sees commercial sex occurring should call the police to report the activity and work with the police to eradicate that activity. The Red Roof Inn did not try to get rid of the commercial sex on the property before 2012. The Red Roof Inn did not work with the police to report crime and commercial sex to the police. The police cannot clean up a property of sex trafficking and commercial sex without the cooperation of the hotel. If the hotel will not report that activity, they are allowing it to occur because they make money from the room rentals this activity leads to. The Red Roof Inn turned a blind eye to the commercial sex at the property.

6. I often worked undercover as a buyer of commercial sex in that area. I saw girls at the Red Roof Inn who were engaged in commercial sex and leaning over the balcony of the hotel soliciting, walking the street in front of the hotel, and soliciting at the gas station nearby and taking buyers back to the Red Roof Inn.

7. In my experience as a police officer, and from my training and interactions with many girls and women involved in commercial sex, 90% or more of the "prostitutes" or those involved in commercial sex were actually sex trafficking

DocuSign Envelope ID: 5A11BFAD-5AFB-4574-9A4A-F630C479F4F4

victims who were either minors, or coerced or controlled by a trafficker. Allowing prostitution on a property is the greatest risk factor for having sex trafficking occur on the property.

8. I have read this Declaration consisting of 8 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 21, 2023.

DocuSigned by:

*Jon Doherty*

5131AED227B9417

Jon Doherty