UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.L.,<br><br>    Plaintiff,<br><br>v.<br><br>THE LODGE IN NORCROSS, LLC,<br>SID PATIDAR, and<br>JOHN DOES 1-5,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff, C.L., hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:
    a) **C.L.;**
    b) **The Lodge in Norcross, LLC; and**
    c) **Sid Patidar.**

1

2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known.**

3) The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> **Counsel for Plaintiff:**
> Patrick J. McDonough
> Tyler Dillard
> Jonathan S. Tonge
> Jennifer Webster
> Andersen, Tate, and Carr, P.C.

Respectfully submitted this 17th day of July, 2026.

**ANDERSEN, TATE, and CARR, P.C.**

*/s/ Tyler A. Dillard*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer Webster
Georgia Bar No. 760381

2

*Attorneys for Plaintiff*


One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

**ANDERSEN, TATE & CARR, P.C.**

/s/ *Tyler Dillard*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer Webster
Georgia Bar No. 760381
Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680