UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

C.L.

     Plaintiff,

v.

THE LODGE IN NORCROSS, LLC,
SID PATIDAR, and
JOHN DOES 1-5,

     Defendants.

CIVIL ACTION FILE

NO.  1:26-cv-03997-AT

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Amy Totenberg and I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 30th day of July, 2026.

ANDERSEN, TATE, and CARR, P.C.

*/s/ Tyler A. Dillard*_____
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler A. Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999

1

jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile