AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **1:26-cv-03997-AT**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **The Lodge in Norcross, LLC**
was received by me on  **7/30/2026:**

☐    I personally served the **Complaint; Summons; CIVIL COVER SHEET; DECLARATION; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Sage Greer**, who is designated by law to accept service of process on behalf of **The Lodge in Norcross, LLC** at **3200 Windy Hill Rd SE Suite 1600W, Atlanta, GA 30339** on **07/30/2026 at 3:09 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 156.00** for services, for a total of **$ 156.00**.

I declare under penalty of perjury that this information is true.

Date:  07/30/2026

_____
*Server's signature*

**Henry Adigwe**
*Printed name and title*

**4848 Merriman Walk**
**Atlanta, GA 30339**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; CIVIL COVER SHEET; DECLARATION; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT,  to Sage Greer who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 5'4"-5'6" tall and weighing 140-160 lbs.**





Tracking #: **0234866605**