AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **1:26-cv-03997-AT**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Sid Patidar**
was received by me on  **7/30/2026:**

☒   I personally served the **Complaint; Summons; CIVIL COVER SHEET; DECLARATION; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT** on the individual at **3200 Windy Hill Rd SE Suite 1600W, Atlanta, GA 30339** on **07/31/2026 at 1:46 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 156.00** for services, for a total of **$ 156.00**.

I declare under penalty of perjury that this information is true.

Date:  08/01/2026

_____
*Server's signature*

**Henry Adigwe**
*Printed name and title*

**4848 Merriman Walk**
**Atlanta, GA 30339**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; CIVIL COVER SHEET; DECLARATION; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT,  to Sid Patidar with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired Asian female contact 5'-5'4" tall and weighing 120-140 lbs.**





Tracking #: **0235050279**