**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| C.L., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LODGE IN NORCROSS, LLC,<br>SID PATIDAR, and<br>JOHN DOES 1-5,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION FILE NO.**<br>**1:26-cv-03997-AT** |

**NOTICE OF LIMITED APPEARANCE[1]**

COME NOW Daniel T. Seelos and C. Joseph Hoffman of the law firm Ruda Hirschfeld Papera & Hoffman, LLP, and hereby enter their limited appearance as counsel on behalf of Defendants The Lodge in Norcross LLC and Sid Patidar, and respectfully request receipt of all future notifications, pleadings, motions, and court notices in the above-captioned case.

Respectfully submitted this 1st day of July, 2026.

[SIGNATURE ON FOLLOWING PAGE]

[1] This limited appearance is made subject to and without Defendants The Lodge in Norcross LLC and Sid Patidar submitting to the jurisdiction of this Court or otherwise waiving any of their Fed. R. Civ. P. 12 defenses.

**RUDA HIRSCHFELD PAPERA & HOFFMAN LLP**

By: *<u>/s/ Daniel T. Seelos</u>*___________
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211
*Counsel for Defendants*
*The Lodge in Norcross LLC*
and Sid Patidar

1155 Perimeter Center West, Suite 800
Atlanta, GA 30338
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date caused the within and foregoing **NOTICE OF LIMITED APPEARANCE** to be served on all parties by electronically filing the same with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to counsel for the parties.

This 20th day of August, 2026.

**RUDA HIRSCHFELD PAPERA & HOFFMAN LLP**

By: */s/ Daniel T. Seelos*___________
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211
*Counsel for Defendant*
*The Lodge in Norcross LLC*

1155 Perimeter Center West, Suite 800
Atlanta, GA 30338
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com