**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| C.L., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LODGE IN NORCROSS, LLC,<br>SID PATIDAR, and<br>JOHN DOES 1-5,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION FILE NO.**<br>**1:26-cv-03997-AT** |

**MOTION TO EXTEND TIME FOR**
**DEFENDANTS THE LODGE IN NORCROSS LLC**
**AND SID PATIDAR TO RESPOND TO THE COMPLAINT**

COME NOW Defendants The Lodge in Norcross, LLC and Sid Patidar, by and through their undersigned counsel, in accordance with Fed. R. Civ. P. 6(b) and other law, and subject to and without Defendants submitting to the jurisdiction of this Court or waiving any of their Fed. R. Civ. P. 12 defenses, and hereby move for the entry of an order extending the time for Defendants to answer or otherwise respond the Complaint, with this requested extension to run through and including Friday, September 11, 2026, respectfully showing this Honorable Court as follows:

1. As reflected by Court records, Plaintiff contends it served Defendant The Lodge on July 30, 2026 [Doc. 6], and Plaintiff contends it served Defendant Patidar on July 31, 2026 [Doc. 7].

2. Under Fed. R. Civ. P. 21(a), Defendant The Lodge's current deadline to answer or otherwise respond to the Complaint is today, August 20, 2026, and Defendant Patidar's current deadline to answer or otherwise respond to the Complaint is August 21, 2026.

3. Undersigned counsel merely serves as Defendants' general counsel, Defendants need additional time secure legal counsel who defends matters involving the allegations at issue in this action, and Defendants reasonably believe they will be able to secure such legal counsel by Friday, September 11, 2026.

4. Plaintiff's counsel consents to Defendants having through and including Friday, September 11, 2026, to timely answer or otherwise respond to the Complaint.

5. Plaintiff filed this action on July 17, 2026 [Doc. 1] so this action has only been pending for one month, there have been no previous requests for an extension of time for Defendants to answer or otherwise respond to the Complaint, this extension is requested in good faith and is not made for the purpose of delay, and Plaintiff will not be prejudiced by this request because Plaintiff consents to this extension.

6. Attached hereto is a proposed Consent Order.

WHEREFORE Defendants respectfully pray that this Court grant this motion and extend the deadline for Defendants to answer or otherwise respond to the

Complaint, with that extension to run through and including Friday, September 11, 2026.

Respectfully submitted this 20th day of August 2026.

**RUDA HIRSCHFELD PAPERA & HOFFMAN LLP**
By:

/s/ *Daniel T. Seelos*
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211

*Counsel for Defendants The Lodge in Norcross LLC and Sid Patidar*

1155 Perimeter Center West, Suite 800
Atlanta, Georgia 30338
Tel: (404) 237-4100
Fax: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing **MOTION TO EXTEND TIME FOR DEFENDANTS THE LODGE IN NORCROSS, LLC AND SID PATIDAR TO RESPOND TO THE COMPLAINT** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Tyler Dillard, Esq.
Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer Webster, Esq.

This 20th day of August, 2026.

**RUDA HIRSCHFELD PAPERA & HOFFMAN LLP**
By:

/s/ *Daniel T. Seelos*
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211
*Counsel for Defendants The Lodge in Norcross LLC and Sid Patidar*

1155 Perimeter Center West, Suite 800
Atlanta, Georgia 30338
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com

**EXHIBIT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| C.L., an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| THE LODGE IN NORCROSS, LLC, | ) | **1:26-cv-03997-AT** |
| SID PATIDAR, and | ) | |
| JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| ______________________________ | ) | |

**(PROPOSED) CONSENT ORDER EXTENDING TIME FOR DEFENDANTS THE LODGE IN NORCROSS LLC AND SID PATIDAR TO RESPOND TO THE COMPLAINT**

Defendants The Lodge in Norcross LLC and Sid Patidar having filed their Motion to Extend Time for Defendants The Lodge in Norcross LLC and Sid Patidar to Respond to the Complaint [Doc. 9], Plaintiff C.L. consenting to Defendants having through and including Friday, September 11, 2026, to timely answer or otherwise respond to the Complaint, and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that Defendants The Lodge in Norcross, LLC and Sid Patidar shall have through and including Friday, September 11, 2026, to file their answer or otherwise respond to the Complaint filed in this action on July 17, 2026.

**SO ORDERED**, this ______ day of _____________, 2026.

_____________________________
Hon. Amy Totenberg
United States District Court Judge

Prepared by:

**RUDA HIRSCHFELD PAPERA & HOFFMAN, LLP**
By:

/s/ *Daniel T. Seelos*
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211

*Counsel for Defendants The Lodge in Norcross LLC and Sid Patidar*

1155 Perimeter Center West, Suite 800
Atlanta, Georgia 30338
Tel: (404) 237-4100
Fax: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com

Consented to by:

**ANDERSEN, TATE & CARR, P.C.**
By:

/s/ *Tyler Dillard**
Patrick J. McDonough
Georgia Bar No. 489855
Tyler Dillard
Georgia Bar No. 115229
Jonathan S. Tonge
Georgia Bar No. 303999
Jennifer Webster
Georgia Bar No. 760381
(w/ express permission by DTS)

*Counsel for Plaintiff*

One Sugarloaf Center
1960 Satellite Boulevard,
Suite 4000
Duluth, Georgia 30097
Telephone: (770) 822-0900
Fax: (770) 822-9680
Email: pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com