**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| C.L., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LODGE IN NORCROSS, LLC,<br>SID PATIDAR, and<br>JOHN DOES 1-5,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION FILE NO.**<br>**1:26-cv-03997-AT** |

**CONSENT ORDER EXTENDING TIME FOR DEFENDANTS THE LODGE IN NORCROSS LLC AND SID PATIDAR TO RESPOND TO THE COMPLAINT**

Defendants The Lodge in Norcross LLC and Sid Patidar having filed their Motion to Extend Time for Defendants The Lodge in Norcross LLC and Sid Patidar to Respond to the Complaint [Doc. 9], Plaintiff C.L. consenting to Defendants having through and including Friday, September 11, 2026, to timely answer or otherwise respond to the Complaint, and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that Defendants The Lodge in Norcross, LLC and Sid Patidar shall have through and including Friday, September 11, 2026, to file their answer or otherwise respond to the Complaint filed in this action on July 17, 2026.

**SO ORDERED**, this 21st day of August, 2026.

Hon. Amy Totenberg
United States District Court Judge

Prepared by:

**RUDA HIRSCHFELD PAPERA & HOFFMAN, LLP**
By:

*/s/ Daniel T. Seelos*
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211

*Counsel for Defendants The Lodge in Norcross LLC and Sid Patidar*

1155 Perimeter Center West, Suite 800
Atlanta, Georgia 30338
Tel: (404) 237-4100
Fax: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com

Consented to by:

**ANDERSEN, TATE & CARR, P.C.**
By:

*/s/ Tyler Dillard**
Patrick J. McDonough
Georgia Bar No. 489855
Tyler Dillard
Georgia Bar No. 115229
Jonathan S. Tonge
Georgia Bar No. 303999
Jennifer Webster
Georgia Bar No. 760381
(w/ express permission by DTS)

*Counsel for Plaintiff*

One Sugarloaf Center
1960 Satellite Boulevard,
Suite 4000
Duluth, Georgia 30097
Telephone: (770) 822-0900
Fax: (770) 822-9680
Email: pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com