UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.L.<br><br>Plaintiff,<br><br>v.<br><br>THE LODGE IN NORCROSS, LLC,<br>SID PATIDAR, and<br>JOHN DOES 1-5,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:26-cv-03997-AT |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of Plaintiff's First Requests for Admission to Defendant Sid Patidar, Plaintiff's First Requests for Admission to Defendant The Lodge in Norcross, LLC, Plaintiff's First Continuing Interrogatories to Defendant Sid Patidar, Plaintiff's First Continuing Interrogatories to Defendant The Lodge in Norcross, LLC, Plaintiff's First Requests for Production to Defendant Sid Patidar, and Plaintiff's First Requests for Production to Defendant The Lodge in Norcross, LLC to all counsel of record via electronic mail.

Respectfully submitted on October 26, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler A. Dillard*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler A. Dillard*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile