**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| C.L., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LODGE IN NORCROSS, LLC,<br>SID PATIDAR, and<br>JOHN DOES 1-5,<br><br>Defendants. | ) | **CIVIL ACTION FILE NO. 1:26-cv-03997-AT** |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS THE LODGE IN NORCROSS LLC AND SID PATIDAR**

COME NOW, C. Joseph Hoffman, Daniel T. Seelos, and the law firm of Ruda Hirschfeld Papera & Hoffman, LLP, and hereby give notice of the following in accordance with LR 83.1(E)(4) and other law:

1. Mr. Hoffman, Mr. Seelos, and RHPH hereby withdraw from representing Defendants The Lodge in Norcross LLC and Sid Patidar in this action.

2. Hereafter, co-counsel Sean Keenan and Charles Jones with the law firm of Cruzer, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP will remain counsel for these Defendants.

3. As reflected by Court records, no pretrial order has been submitted and this withdrawal will not delay the trial of this case.

Respectfully submitted this 27th day of October, 2026.

**RUDA HIRSCHFELD PAPERA & HOFFMAN LLP**
By:

/s/ *Daniel T. Seelos*
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211

*Counsel for Defendants*
*The Lodge in Norcross LLC*
*and Sid Patidar*

1155 Perimeter Center West, Suite 800
Atlanta, Georgia 30338
Tel: (404) 237-4100
Fax: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS THE LODGE IN NORCROSS LLC AND SID PATIDAR** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Tyler Dillard, Esq.
Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer Webster, Esq.
Sean Keenan, Esq.
Charles Jones, Esq.

This 20th day of August, 2026.

**RUDA HIRSCHFELD PAPERA & HOFFMAN LLP**
By:

/s/ *Daniel T. Seelos*
C. Joseph Hoffman
Georgia Bar No. 984961
Daniel T. Seelos
Georgia Bar No. 235211
*Counsel for Defendants The Lodge in Norcross LLC and Sid Patidar*

1155 Perimeter Center West, Suite 800
Atlanta, Georgia 30338
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@rhph.com
Email: dseelos@rhph.com