IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| C.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| vs. | ) | |
| | ) | 1:26-cv-03997-AT |
| THE LODGE IN NORCROSS, LLC, | ) | |
| SID PATIDAR, and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS THE LODGE IN NORCROSS, LLC AND SID PATIDAR'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, THE LODGE IN NORCROSS, LLC and SID PATIDAR, named defendants in the above-styled civil action, and pursuant to Fed.R.Civ.P. 7.1 and N.D. GA Local Rule 3.3, hereby file and serve this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing as follows:

1. **The undersigned counsel of record for Defendants The Lodge in Norcross, LLC and Sid Patidar certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Defendants:**

   a. Plaintiff: C.L.;

   b. Defendants: The Lodge in Norcross, LLC (a Georgia limited liability company administratively dissolved on December 7, 2016);

   c. Sid Patidar;

d. and John Does 1-5;

e. There is no parent company or publicly held corporation owning 10% or more of the stock of The Lodge in Norcross, LLC.

**2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

a. Plaintiff: C.L.;

b. Patrick J. McDonough, Esq.;

c. Tyler Dillard, Esq.;

d. Jonathan S. Tonge, Esq.;

e. Jennifer M. Webster, Esq.;

f. Andersen, Tate & Carr, P.C.;

g. Defendant: The Lodge in Norcross, LLC;

h. Defendant: Sid Patidar; and

i. Liberty Mutual Insurance.

**3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Patrick J. McDonough
Tyler Dillard
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900

pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*Counsel for Plaintiff*

Sean Keenan
Charles Jones
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
275 Scientific Drive, Suite 2000
Peachtree Corners, GA 30092
678-684-2154
skeenan@cmlawfirm.com
cjones@cmlawfirm.com
*Counsel for Defendants*

Respectfully submitted, this 27th day of October, 2026.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871
Email: skeenan@cmlawfirm.com
Direct Dial: 678-684-2154

*/s/ Charles Jones*
Charles Jones
Georgia Bar No. 824019
Email: cjones@cmlawfirm.com
Direct Dial: 404-737-8442

*(Attorneys for Defendants)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

**CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 27th day of October, 2026.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed the within and foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically serve an electronic copy of same upon the following counsel of record:

Patrick J. McDonough
Tyler Dillard
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(*Attorneys for Plaintiff*)

This 27th day of October, 2026.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871