IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| C.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| vs. | ) | |
| | ) | 1:26-cv-03997-AT |
| THE LODGE IN NORCROSS, LLC, | ) | |
| SID PATIDAR, and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed this ***CERTIFICATE OF SERVICE*** of the following:

1. DEFENDANTS THE LODGE IN NORCROSS, LLC AND SID PATIDAR'S INITIAL DISCLOSURES

with the Clerk of Court via the CM/ECF system, which will serve an electronic copy of same to following attorneys of record:

Patrick J. McDonough
Tyler Dillard
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*(Attorneys for Plaintiff)*

I FURTHER CERTIFY that on October 27, 2026, I served a copies of the within and foregoing pleadings to all parties to this matter via E-mail, addressed to counsel of record listed above.

Respectfully submitted, this 27th day of October, 2026.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871
Charles Jones
Georgia Bar No. 824019
Email: skeenan@cmlawfirm.com
Direct Dial: 678-684-2154
*(Attorneys for Defendants)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092